IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2004 MR 22 AM 11:29

**WHITE BUFFALO VENTURES, LLC,**
   **Plaintiff,**

-vs-              Case No. A-03-CA-296-SS

**THE UNIVERSITY OF TEXAS AT AUSTIN,**
   **Defendant.**

## JUDGMENT

BE IT REMEMBERED on the 22nd day of March 2004 the Court entered its order granting summary judgment on behalf of the defendant and now enters the following:

 IT IS ORDERED, ADJUDGED, and DECREED that the plaintiff White Buffalo Ventures, L.L.C. TAKE NOTHING in this cause against the defendant The University of Texas at Austin, and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the 22nd day of March 2004.

                   _____
                   SAM SPARKS
                   UNITED STATES DISTRICT JUDGE